IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

ERIKA S. KELLER,

   Defendant.

ORDER

14-po-13-slc

---

  The court accepts the parties' recommendation for disposition of this case.  Therefore, IT IS ORDERED that defendant Erika S. Keller is sentenced to five days' incarceration, to be designated by further court order, to begin on April 17, 2015.  (*Please note the change of the report date to allow sufficient time for designation of a facility*).

  IT IS FURTHER ORDERED that defendant Erika Keller shall pay a fine of $350 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than March 27, 2015.  A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

  Entered this 12th day of March, 2015.

        BY THE COURT:

        /s/

        STEPHEN L. CROCKER
        Magistrate Judge