IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

         Plaintiff,

v.

ERIKA S. KELLER,

         Defendant.

AMENDED ORDER

14-po-13-slc

---

The court accepts the parties' recommendation for disposition of this case. Therefore, IT IS ORDERED that defendant Erika S. Keller is sentenced to five days' incarceration, at a facility to be designated and on a date to be determined and announced after Ms. Keller has been processed by the U.S. Marshals Service.

IT IS FURTHER ORDERED that defendant Erika Keller shall pay a fine of $350 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than March 27, 2015. A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

Entered this 17th day of April, 2015.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge